**John DOE Plaintiff-Appellant**

v.

**UNIVERSITY OF ARKANSAS; University of Arkansas Board of Trustees; Donald R. Bobbitt; University of Arkansas Medical Sciences Defendants-Appellees**

No. 17-2328

United States Court of Appeals, Eighth Circuit.

Submitted: January 30, 2018

Filed: March 2, 2018

John Doe, Pro Se

Before WOLLMAN, LOKEN, and COLLOTON, Circuit Judges.

1. The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.

PER CURIAM.

John Doe appeals the district court's[1] pre-service denial of his motion to file suit under a pseudonym, and dismissal of his complaint alleging discrimination based on his bipolar disorder diagnosis. Having reviewed the record and Doe's arguments on appeal, we find no abuse of discretion. See Doe v. Vill. of Deerfield, 819 F.3d 372, 376 (7th Cir. 2016) (standard of review); Doe v. Porter, 370 F.3d 558, 560 (6th Cir. 2004) (standard of review).

Accordingly, the judgment is affirmed. See 8th Cir. R. 47B.

---

1. The Honorable P.K. Holmes, III, Chief Judge, United States District Court for the Western District of Arkansas.